Andrew D. Wright, #8857
Stuart H. Schultz, #2886
Andrew B. McDaniel, #11070
STRONG & HANNI
Attorneys for Defendants
3 Triad Center, Suite 500
Salt Lake City, Utah 84180
Telephone: (801) 532-7080
Facsimile: (801) 323-2037

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,

## CENTRAL DIVISION

| | |
|---|---|
| PATRICIA L. HERBERT, an individual, and BRAD BUSCHOW, an individual, as surviving heirs of David Buschow,<br><br>Plaintiffs,<br><br>vs.<br><br>BOULDER OUTDOOR SURVIVAL SCHOOL, INC. a Utah corporation; SHAWN O'NEAL, an individual; JONATHAN WILLIAMS, an individual; STEVEN DESSINGER, an individual; and JEFF SANDERS, an individual,<br><br>Defendants. | **JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No.: 2:07CV00298<br><br>Judge Tena Campbell |

The above-referenced Plaintiffs and Defendants, by and through counsel, hereby stipulate

that the above-referenced matter may be dismissed with prejudice and on the merits on the basis

that this matter has been fully resolved. Accordingly, the parties jointly move the Court to enter

an Order of Dismissal with Prejudice, with each party to bear their own fees and costs. A proposed order is submitted herewith.

DATED this 27 TH day of December, 2007.

                                          STRONG & HANNI

                                          By_____
                                              Andrew D. Wright
                                              Stuart H. Schultz
                                              Andrew B. McDaniel
                                              Attorneys for Defendants

DATED this 26 day of December, 2007.

                                          EISENBERG, GILCHRIST & ~~MORTON~~

                                          By_____
                                              Steven Russell
                                              Jordan P. Kendell
                                              Attorneys for Plaintiff

DATED this 26th day of December, 2007.

                                          MORTON & MILLARD

                                          By_____
                                              S. Brook Millard
                                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2007 a true and correct copy of the foregoing **JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE** was served by the method indicated below, to the following:

| | |
|---|---|
| Steven Russell<br>Jordan P. Kendell<br>**EISENBERG, GILCHRIST & MORTON**<br>215 South State Street, Suite 900<br>Salt Lake City, Utah 84111 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>( ) E-filed |
| S. Brook Millard<br>**MORTON & MILLARD**<br>136 S. Main Street, Suite 400<br>Salt Lake City, Utah 84101 | ( ) U.S. Mail, Postage Prepaid<br>(✓) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>( ) E-filed |

*[Signature]*

005406.00080